JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| WAYNE CHRISTOPHER RASK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, a public entity; CITY OF ALISO VIEJO, a public entity; DEPUTY N. LELAND, #10422, an individual; DEPUTY DAMASCO, #11355, an individual; DEPUTY BELFIELD, #10313, an individual; DEPUTY E. RODRIGUEZ, #09052, an individual; DEPUTY L. VASQUEZ, #11453, an individual; DEPUTY S. VASQUEZ, #10081, an individual; SERGEANT BYRD, #5695, an individual; DEPUTY D. FRANCE, #10320, an individual; DEPUTY Z. WAINWRIGHT, #10953, an individual; DEPUTY C. PHILLIPS, #10987, an individual; DEPUTY G. SCANNELL, #11579, an individual; DEPUTY L. RHODES, #09881, an | **Case No.: 8:25-cv-01902 DOC (JDEx)**<br><br>*Assigned to Hon. David O. Carter in Ctrm. 10A*<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT [14]** |

individual; OFFICER C. STRUNK, #08644, an individual; DON BARNES, an individual sued in his individual and official capacity as Sheriff of Orange County; and DOES 1-10, inclusive,

          Defendants.

## ORDER

Having considered the Parties' Joint Stipulation, and good cause appearing:

1. All federal claims in this action are DISMISSED without prejudice.
2. The Court declines supplemental jurisdiction over the remaining state-law claims under 28 U.S.C. § 1367(c)(3).
3. This action is REMANDED to the Superior Court of California, County of Orange, West Justice Center (Case No. 30-2025-01495933-CU-CR-WJC).
4. The Clerk is directed to remand and close this case.

Dated: October 8, 2025

*David O. Carter*

Hon. David O. Carter
United States District Judge